Thomas D. Kohler (SBN: 207917)
tkohler@drm.com
Cathleen E. Stadecker (SBN: 234966)
cstadecker@drm.com
DOWNS RACHLIN MARTIN PLLC
199 Main Street
Burlington, VT 05401
Telephone: (802) 863-2375
Facsimile: (802) 862-7512

*Attorneys for Plaintiff*
TENDERTOUCH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENDERTOUCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>OLABABY INCORPORATED<br><br>Defendant. | CASE NO.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Tendertouch, LLC ("Tendertouch") states the following as its complaint against Defendant Olababy Incorporated ("Olababy"):

## NATURE OF ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, seeking damages and injunctive and other relief under 35 U.S.C. § 281, *et seq*. In particular, this is an action for patent infringement against Olababy for infringing

U.S. Patent No. 7,188,628 ("the '628 patent"). A true and accurate copy of the '628 patent is attached as Exhibit A.

## THE PARTIES

2. Tendertouch is a California limited liability company with its principal place of business in Belmont, California.

3. On information and belief, Olababy is an Oregon corporation with its principal place of business in Hillsboro, Oregon.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 1 *et seq*. Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a).

5. This court has personal jurisdiction over Olababy by virtue of its selling, offering for sale, and advertising infringing products throughout the United States, including in the State of California, and in this judicial district.

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

## FACTUAL BACKGROUND

7. The '628 patent, titled "Fingernail Trimmer Having Rotationally Oscillating Abrasive Surface," was issued by the U.S. Patent and Trademark Office on March 13, 2007.

8. Tendertouch has all right, title, and interest in the '628 patent as well as the right to sue for, collect, and receive damages for past, present, and future infringements of the '628 patent.

Tendertouch has owned the '628 patent at all times during Olababy's infringement of the '628 patent.

9. Tendertouch has granted a license under the '628 patent to Zoli, Inc. ("Zoli") (http://zoli-inc.com/). Zoli sells devices incorporating the inventions claimed in the '628 patent as shown in the attached Exhibit B.

10. The devices sold by Zoli are properly marked as provided for in Title 35 of the United States Code, as shown in the attached Exhibit B.

11. Olababy has had at least constructive notice of the '628 patent by virtue of the patent marking on the Zoli product at all times during Olababy's infringement of the '628 patent.

12. Olababy makes, offers to sell, sells, and, on information and belief, imports fingernail trimmers, including a product referred to as the "Trimmo Electric Baby Nail Trimmer" ("Trimmo nail trimmer"). *See* https://www.olababy.us/products/trimmo-pre-order attached as Exhibit C.

13. The images in the following Figures 1 and 2, available at the Olababy website, https://www.olababy.us/, depict the infringing Trimmo nail trimmer :



**Figure 1**



**Figure 2**

14. Olababy makes the infringing Trimmo nail trimmers available for sale throughout the United States, including in the State of California and in this judicial district, at least through Olababy's website, https://www.olababy.us/, and other e-commerce websites, such as amazon.com at https://www.amazon.com/Olababy-Trimmo-Electric-Baby-Trimmer/dp/B01DE5UEEY, shown in the attached Exhibit D.

15. Sales of the Trimmo nail trimmer are specifically targeted at residents of this judicial district through the webpage https://www.olababy.us/cart, shown in the attached Exhibit E, which offers residents of this judicial district the selection of California as a shipping destination and provides a shipping quote for shipment into this district.

## CLAIM FOR RELIEF

### Infringement of the '628 Patent

16. Tendertouch incorporates paragraphs 1 through 15 as through fully set forth herein.

17. The Trimmo nail trimmer infringes the ‘628 patent. Exhibit F includes a claim chart referencing annotated photographs of the Trimmo nail trimmer demonstrating that the Trimmo nail trimmer meets each and every limitation of at least claims 1-4 of the ‘628 patent.

18. Olababy has and continues to directly infringe and actively induce infringement of at least claims 1-4 of the ‘628 patent under 35 U.S.C. § 271, either literally or under the doctrine of equivalents, by making, using, offering for sale, selling, and/or importing in the United States the infringing Trimmo nail trimmer.

19. As a result of Olababy’s infringement of the ‘628 patent, Tendertouch has been irreparably injured. Unless such infringing acts are preliminarily and permanently enjoined by this Court, Tendertouch will continue to suffer additional irreparable injury.

20. As a result of Olababy’s infringement of the ‘628 patent, Tendertouch has suffered, and continues to suffer, damage.

21. Despite knowledge of the ‘628 patent, Olababy has continued to infringe this patent in an egregious and willful manner. Thus, Olababy’s actions constitute willful infringement.

## PRAYER FOR RELIEF

WHEREFORE, Tendertouch respectfully prays for the following relief:

a) A judgment that Olababy is liable for infringing the ‘628 patent;

b) An award of all damages sufficient to fully compensate Tendertouch for past infringement, up until entry of the final judgment, by Olababy under 35 U.S.C. § 284;

c) An order and judgment preliminarily and permanently enjoining Olababy and all persons and entities acting in concert with Olababy, from selling the infringing Trimmo nail trimmers and from otherwise infringing the '628 patent;

d) Enhancement of damages under 35 U.S.C. § 284;

e) A judgment requiring Olababy to pay Tendertouch's pre-judgment interest on the damages awarded; and

f) An award of attorney fees under 35 U.S.C. § 285.

## JURY DEMAND

Tendertouch requests a trial by jury on all issues so triable.

Dated: November 29, 2016

By: *_/s/Thomas D. Kohler_*

Thomas D. Kohler (SBN 207917)
tkohler@drm.com
Cathleen E. Stadecker (SBN 234966)
cstadecker@drm.com
DOWNS RACHLIN MARTIN PLLC
199 Main Street
Burlington, VT 05401
Telephone: (802) 863-2375
Facsimile: (802) 862-7512

Attorneys for Plaintiff
TENDERTOUCH, LLC