| | Salumeh R. Loesch, Pro Hac Vice
1 | salumeh.loesch@klarquist.com
| | Derrick W. Toddy (S.B. #233174)
2 | derrick.toddy@klarquist.com
| | KLARQUIST SPARKMAN, LLP
3 | 121 S.W. Salmon Street, Suite 1600
| | Portland, OR 97204
4 | Telephone: (503) 595-5300
| | Facsimile: (503) 595-5301
5 |

6 | Attorneys for Defendant
| | OLALABABY INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| TENDERTOUCH, LLC., a California Corporation, | Case No. 5:16-cv-06856-RS |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO (1) EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING ON PRELIMINARY INJUNCTION MOTION AND (2) EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND** |
| v. | |
| OLABABY INCORPORATED, an Oregon Corporation, | |
| Defendant. | |
| | **[PROPOSED] ORDER** |

JOINT STIPULATION TO EXTEND TIME
CASE NO. 5:16-cv-06856-RS

| | |
|---|---|
| 1 | Defendant Olababy Incorporated ("Olababy") and Plaintiff Tendertouch, LLC |
| 2 | ("Tendertouch") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend |
| 3 | the time to file any opposition and reply briefs regarding Tendertouch's Motion for Preliminary |
| 4 | Injunction ("Motion for Preliminary Injunction"), to continue the hearing on the Motion for |
| 5 | Preliminary Injunction, to extend the time to file the Case Management Statement currently due |
| 6 | June 22, 2017, and to continue the Initial Case Management Conference currently set for June |
| 7 | 29, 2017. |
| 8 | WHEREAS, Olababy and Tendertouch hereby notify the Court that the parties have |
| 9 | reached an agreement in principle for dismissal of this matter with prejudice; |
| 10 | Now therefore, the parties, through the undersigned counsel, hereby stipulate as follows: |
| 11 | • that the deadline for filing an opposition to the Motion for Preliminary Injunction (ECF |
| 12 | No. 28) be extended to June 28, 2017; |
| 13 | • that the deadline for filing any reply to opposition to Motion for Preliminary Injunction |
| 14 | be extended to July 5, 2017; |
| 15 | • that the hearing on the Motion for Preliminary Injunction be continued to July 27, 2017; |
| 16 | • that the deadline for Case Management Statement be extended to June 29, 2017; and |
| 17 | • that the Initial Case Management Conference be extended to July 6, 2017. |
| 18 | The parties' proposed time modification would not otherwise impact the schedule for this |
| 19 | case. |
| 20 | |
| 21 | Dated June 21, 2017                    Respectfully submitted, |
| 22 | |
| 23 | KLARQUIST SPARKMAN, LLP                DOWNS RACHLIN MARTIN PLLC |
| 24 | /s/Salumeh R. Loesch                   /s/Thomas D. Kohler |
|    | Salumeh R. Loesch (Pro Hac Vice)       Thomas D. Kohler (S.B. #207917) |
| 25 | salumeh.loesch@klarquist.com           tkohler@drm.com |
|    | Derrick W. Toddy (S.B. #233174)        DOWNS RACHLIN MARTIN PLLC |
| 26 | derrick.toddy@klarquist.com            199 Main Street |
|    | KLARQUIST SPARKMAN, LLP                P.O. Box 190 |
| 27 |                                         Burlington, VT 05402-0190 |
| 28 | JOINT STIPULATION TO EXTEND TIME |
|    | CASE NO. 5:16-cv-06856-RS                                                              1 |

| | |
|---|---|
| 121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301<br><br>Attorneys for Defendant<br>OLALABABY INCORPORATED | Telephone: (802) 863-2375<br>Facsimile: (802) 862-7512<br><br>Attorneys for Plaintiff<br>TENDERTOUCH, LLC |

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/Salumeh R. Loesch

[~~PROPOSED~~] **ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

1. the deadline for any opposition to Tendertouch's Motion for Preliminary Injunction be extended from June 21, 2017 to June 28, 2017;
2. the deadline for any reply to opposition to Motion for Preliminary Injunction be extended from June 28, 2017 to July 5, 2017;
3. the hearing on the Motion for Preliminary Injunction be continued from July 20, 2017 to July 27, 2017;
4. the deadline for the Case Management Statement be extended from June 22, 2017 to June 29, 2017; and
5. the Initial Case Management Conference be extended from June 29, 2017 to July 6, 2017.

Dated: __6/21__, 2017

_/s/ Richard Seeborg_
The Honorable Richard Seeborg
United States District Court Judge

JOINT STIPULATION TO EXTEND TIME
CASE NO. 5:16-cv-06856-RS

1